# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHERYL L. CHASTEEN  
4548 CLEVELAND AVENUE  SSN-xxx-xx-6271  
ROCKFORD, IL  61108

Case Number: 06-72224

Case filed on: 11/27/2006  
Plan Confirmed on: 2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,040.20         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 323.40 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 323.40 | 0.00 |
| 009 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF REVENUE | 791.01 | 791.01 | 0.00 | 0.00 |
|  | Total Priority | 791.01 | 791.01 | 0.00 | 0.00 |
| 016 | CHERYL L. CHASTEEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | CHERYL L. CHASTEEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 3,337.86 | 3,337.00 | 160.00 | 28.06 |
| 002 | OCWEN LOAN SERVICING LLC | 3,743.78 | 3,743.78 | 0.00 | 0.00 |
| 003 | WILSHIRE CREDIT CORPORATION | 7,705.47 | 0.00 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY TREASURER | 6,142.00 | 6,142.00 | 262.53 | 204.72 |
|  | Total Secured | 20,929.11 | 13,222.78 | 422.53 | 232.78 |
| 001 | ALPINE BANK | 0.00 | 0.86 | 0.00 | 0.00 |
| 005 | CB ACCOUNTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DIANA CRABTREE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PELLETTIERI & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PROFESSIONAL COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 6,263.25 | 6,263.25 | 0.00 | 0.00 |
| 012 | RAYMOND CHASTEEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 5,478.64 | 5,478.64 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF REVENUE | 166.32 | 166.32 | 0.00 | 0.00 |
|  | Total Unsecured | 11,908.21 | 11,909.07 | 0.00 | 0.00 |
|  | Grand Total: | 35,828.33 | 28,122.86 | 745.93 | 232.78 |

Total Paid Claimant:   $978.71  
Trustee Allowance:   $61.49  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan